**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| MIRIAM LOVE, </br></br> Plaintiff, </br></br> v. </br></br> PHILLIPS & COHEN ASSOCIATES, LTD. </br></br> Defendant. | ) </br> ) </br> ) </br> )    No. 1:13-cv-150 </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

MIRIAM LOVE (Plaintiff), through attorney, Frederick E. Nix, alleges the following against PHILLIPS & COHEN ASSOCIATES, LTD. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of Maryland; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person residing in White Plains, Charles County, Maryland.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a debt collection law firm with an office in Wilmington, Delaware.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around September of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt, account number ending in -0807.

11. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 240-687-53XX.

13. In or around September of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* Exhibit A.

14. In the voicemail message, Defendant's representative, "April" failed to meaningfully disclose the company's name. *See* Exhibit A.

15. In the voicemail message, Defendant's representative, "April", directed Plaintiff to call her back at 1-866-654-5205, extension 2113, and reference file number 18685375, which is a number that belongs to Defendant. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated § 1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant did not provide the identity of the caller or the nature of the debt.

WHEREFORE, Plaintiff, MIRIAM LOVE, respectfully requests judgment be entered against Defendant, PHILLIPS & COHEN ASSOCIATES, LTD. for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and
19. Any other relief that this Court deems just and appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Frederick E. Nix
Fredrick E. Nix
Bar Number: 29201.
240 S. Potomac St.
Hagerstown, MD 21740
(888)221-6685
Fredrick.nix@attorneynix.com
Attorneys for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT AND JURY DEMAND