**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| MIRIAM LOVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 8:13-cv-00150-DKC |
| v. | ) |
| | ) |
| PHILLIPS & COHEN ASSOCIATES, LTD, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: August 14, 2013

RESPECTFULLY SUBMITTED,
By: /s/ Fredrick E. Nix
Fredrick E. Nix
Bar Number: 29201
6205 Executive Blvd.
Rockville, MD  20852
301-816-1600
fred@law-margulies.com
Attorney for Plaintiff

Dated: August 14, 2013

By:  /s/ Jonathan E. Claiborn
*(signed by Fredrick E. Nix with permission of Jonathan E. Claiborn)*
Jonathan E. Claiborne, Esq.
Federal Bar No. 347
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street, Suite 1500
Baltimore, MD 21202-1636
Telephone: (410) 347-8700
Facsimile: (410) 752-7092
jclaiborne@wtplaw.com